ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Chant Engineering Co., Inc. | ) ASBCA No. 63366 |
| | ) |
| Under Contract No. SPMYM2-21-C-0003 | ) |

APPEARANCE FOR THE APPELLANT:       Marc Lamer, Esq.
                                                                Kostos and Lamer, P.C.
                                                                Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT:    Daniel K. Poling, Esq.
                                                                DLA Chief Trial Attorney
                                                               John J. Pritchard, Esq.
                                                               Tyson McDonald, Esq.
                                                                Trial Attorneys
                                                                DLA Land and Maritime
                                                                Columbus, OH

ORDER OF DISMISSAL

Appellant's unopposed motion to withdraw the appeal without prejudice, filed prior to the government filing an answer, is granted.

Dated:  October 5, 2022

John J. Thrasher

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63366, Appeal of Chant Engineering Co., Inc., rendered in conformance with the Board's Charter.

Dated:  October 5, 2022

for Tammye D. Abbott

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals